UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRIS SEGARRA,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

20 CIVIL 5801 (PGG)(DCF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 7, 2022, the Magistrate Judge's R&R is adopted in its entirety. Plaintiff's motion for judgment on the pleadings is granted to the extent she seeks a remand for further administrative proceedings, and Defendant's cross-motion for judgment on the pleadings is denied. The case is remanded to the Commissioner of Social Security; accordingly, the case is closed.

**Dated:** New York, New York
        March 7, 2022

                                                **RUBY J. KRAJICK**

                                                  Clerk of Court

                      BY:

                                                  **Deputy Clerk**